IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID A. McDONALD, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DARRELL WAYNE GRIMSLEY, JR., )<br>LIBERTY RENT, LLC, *and* )<br>DATA HOLDINGS, INC., )<br>    Defendants. ) | CIVIL ACTION NO. 1:23-00464-TFM-N |

## ORDER

For the reasons stated in the undersigned's order entered September 13, 2024 (Doc# 54), and no timely motion having been filed in accordance with that order, the Clerk of Court is **ORDERED** to unseal the Plaintiff's initial complaint (Doc# 3) and the Defendants' proposed redacted initial complain (Doc# 27) and make them fully available on the public docket.[1]

**DONE** and **ORDERED** this the **3rd** day of **January 2025**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Plaintiffs' request to unseal those documents embedded in their notice filed December 31, 2024 (Doc# 58) is rendered **MOOT** by this order.